IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Heather Kellom, <br><br> Plaintiff, <br><br> v. <br><br> Centurion of Florida *et al.*, <br><br> Defendants. | Case No. 6:26-cv-00178-PGB-NWH |

## MOTION FOR SPECIAL ADMISSION

Pursuant to Local Rule 2.01(c), attorney Stephen Weil moves for special admission to represent Plaintiff Heather Kellom in this action.

I am neither a Florida resident nor a member in good standing of the Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Central District of Illinois, Northern District of Illinois, Southern District of Illinois, Western District of Wisconsin, and the District of Columbia. Additionally, I am a member in good standing of the bar for the U.S. Courts of Appeals Sixth and Seventh Circuit.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

1

- *Barreto v. Osceola County et al.*, 9:25-CV-98-PGB-LHP, Middle District of Florida.
- *Merchant v. Woods et al.*, 5:23-cv-00661-JSM-PRL, Middle District of Florida.

I will comply with the federal rules and this Court's local rules. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

[SIGNATURE ON FOLLOWING PAGE]

Dated: January 28, 2026　　　　　　Respectfully submitted,

/s/ Stephen Weil

Stephen Weil
(Illinois ARDC No. 6291026)
Romanucci & Blandin, LLC
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sweil@rblaw.net

## Local Rule 3.01(g) Certification

I certify that counsel for the opposing party is unavailable as the defendants have not yet been served and no appearances have been entered on their behalf.

/s/ Stephen H. Weil

Stephen H. Weil