# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Stephen H. Weil

Northern District of Illinois

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Stephen H. Weil was duly admitted to practice in said Court on (11/15/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/25/2025 )

Thomas G. Bruton , Clerk,

By:
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ E. CALASANZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
November 25, 2025