**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HEATHER KELLOM and
ESTATE OF WILLIAM
KELLOM,

        **Plaintiffs,**

v.                                       Case No: 6:26-cv-178-PGB-NWH

CENTURION OF FLORIDA
L.L.C., LORENZO MIRANDA,
DOCTOR LOPEZ, ROTISHA
JAMES and C. L.,

        **Defendants.**
_____/

**NOTICE AND ORDER TO REGISTER FOR COURT'S CASE
MANAGEMENT AND ELECTRONIC CASE FILING PROGRAM**

    On Monday, July 12, 2004, the United States District Court for the Middle District of Florida converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing). Extensive notice of this conversion was provided through the Court's web page, announcements, and numerous mailings.

    Upon review of this case, it appears that attorney **Natalie Robinson** is not registered to participate in the Case Management and Electronic Case Filing ("**CM/ECF**") program of the Court.

    Henceforth, all attorneys appearing in a case assigned to the undersigned Judge shall participate and docket in CM/ECF within **30 days** of entry of an appearance in such case.

Counsel is directed to the website located at **www.flmd.uscourts.gov** under the section titled "For Lawyers" to find instructions on how to be admitted to the Middle District of Florida Bar, if necessary, and how to register for E-File through PACER.

Therefore, **Natalie Robinson** shall register to participate, as well as docket, in CM/ECF within thirty (30) days from the date of this Order.

**DONE AND ORDERED** in Orlando, Florida on February 3, 2026.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties