**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HEATHER KELLOM, et al,**

> **Plaintiff,**

**v.**                                                      **Case No: 6:26-cv-178-PGB-NWH**

**CENTURION OF FLORIDA**
**L.L.C., et al,**

> **Defendants.**

_____

### ORDER

This case is before the Court upon periodic review. On February 3, 2026, the Court entered an Order directing attorney Natalie Robinson to comply with the administrative procedures regarding electronic filing within thirty (30) days. (Doc. 8) Attorney Natalie Robinson has failed to comply with the Court's Order and the time to do so has now passed.

Therefore, it is **ORDERED** that Natalie Robinson shall **SHOW CAUSE** within fourteen (14) days why sanctions should not be imposed for failure to comply. Failure to respond to this Order will result in sanctions without further notice from the Court.

**DONE** and **ORDERED** in Orlando, Florida on this April 2, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record