**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HEATHER KELLOM, individually,
and as personal representative of
the Estate of WILLIAM KELLOM,
Deceased,

                Plaintiffs,

v.

Centurion of Florida LLC, *et al.*,

                Defendants.

Case No. 6:26-cv-00178-PGB-NWH

**NOTICE OF APPEARANCE**

Natalie Jackson, Esq. of BEN CRUMP LAW, PLLC hereby gives notice of her appearance on behalf of Plaintiff, HEATHER KELLOM, individually, and as personal representative of the Estate of WILLIAM KELLOM, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

Date: April 10, 2026

/s/ Natalie Jackson
Natalie Jackson, Esq.
FL Bar No. 0646075
BEN CRUMP LAW, PLLC
SUITE 1500
121 S. Orange Ave.
Orlando, FL 32801
Direct: 407-749-9702

1

natalie@bencrump.com

court@bencrump.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10th day of April 2026, a true and correct

copy of the foregoing was filed in the US District Court, Middle District

Florida, using the CM/ECF system.

/s/ Natalie Jackson

Natalie Jackson, Esq.

FL Bar No. 0646075

BEN CRUMP LAW, PLLC

121 S. Orange Ave.

Suite 1500

Orlando, FL 32801

Direct: 407-749-9702

natalie@bencrump.com

court@bencrump.com