**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Heather Kellom, individually, and
as Personal Representative of the
Estate of William Kellom, deceased,

Plaintiff,

v. **CASE NO.:** 6:26-cv-00178-ACC-NWH

CENTURION OF FLORIDA, LLC,
Lorenzo Miranda, Rotisha James, etc., et al.,

Defendants.
_________________________________/

## DEFENDANTS' NOTICE OF APPEARANCE

Ethen R. Shapiro of the law firm of Hill Ward Henderson gives Notice of Appearance as counsel for Defendants, Pascasio Lopez-Padilla, MD, and Christine Sommer, LPN. The undersigned should be added to all service lists and should be copied on all papers and pleadings in this action. The undersigned also certifies that he is admitted to practice in this Court and is registered with CM/ECF.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **September 25, 2026**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide a notice of electronic filing to counsel of record.

/s/ *Ethen R. Shapiro*

Ethen R. Shapiro (FBN 669881)
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 – facsimile
Ethen.Shapiro@hwhlaw.com
*Attorneys for Defendants*